UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARCELLUS A. JONES,

      Plaintiff,

      v.

WILLIAM CATTELL, *et al.*,

      Defendants.

CIVIL ACTION NO. 1:23-cv-01991

(SAPORITO, J.)

## ORDER

**AND NOW**, this 15th day of July, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1.    Plaintiff's "Motion for Spoliation and Sanctions to Accrue" (Doc. 92) remains **PENDING**.

2.    All other relief requested in plaintiff's discovery motions and related filings (Docs. 91, 94, 100, 105, 110) is **DENIED**.

3.    Plaintiff is **ORDERED** to respond to defendants' motions for summary judgment (Docs. 58, 61) by **August 15, 2026**.

Dated: July 15, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge