**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

MARCELLUS A. JONES,

Plaintiff,

v.

WILLIAM CATTELL, *et al.*,

Defendants.

CIVIL ACTION NO. 1:23-cv-01991

(SAPORITO, J.)

**ORDER**

**AND NOW**, this 25th day of September, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's "Request for Judicial Notice" (Doc. 118) is **DENIED**.

2. Defendant Cattell's motion for summary judgment (Doc. 58) is **GRANTED**.

3. The Commonwealth Defendants' motion for summary judgment (Doc. 61) is **DENIED** as to plaintiff's claim of trespass to chattels against defendant Miller, but **GRANTED** as to all other claims.

4. The Clerk is directed to enter **JUDGMENT** in favor of defendants and against plaintiff on all claims except for plaintiff's claim of trespass to chattels against defendant Miller.

5. Pursuant to 28 U.S.C. § 1367(c), the Court declines to exercise

supplemental jurisdiction over plaintiff's claim of trespass to chattels against defendant Miller, and that claim is **DISMISSED** without prejudice.

6. All other relief requested in plaintiff's motion for sanctions (Doc. 92) and response brief (Doc. 114) is **DENIED** without prejudice to any relief he may seek in state court.

7. The Clerk is directed to mark this case as **CLOSED**.

Dated: September 25, 2026

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge